**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00628-CV

## IN RE PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Relator

### Original Proceeding from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-06233

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's motion for emergency relief. We **ORDER** relator to bear the costs of this original proceeding.

/s/    ROBERT M. FILLMORE
        JUSTICE